Case 2:25-cr-00362-RJS    Document 14    Filed 09/29/25    PageID.25    Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By THewlett at 8:51 am, Sep 29, 2025

FILED
2025 OCT 1 PM 3:52
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## for the
### District of Utah

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTOPHER SOLOMON PROCTOR<br><br>*Defendant* | Case No. 2:25-mj-00912 DBP |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CHRISTOPHER SOLOMON PROCTOR**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 844(i) - Attempted Arson in Interstate Commerce
26 U.S.C. Section 5861 - Possession of a detructive device not registered to Defendant in the National Firearm Registration and Transfer Record.

Date: 09/26/2025

*Issuing officer's signature*

City and state: Salt Lake City, Utah

Dustin B. Pead, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 09/26/25, and the person was arrested on (date) 09/29/25
at (city and state) SLC, UT

Date: 09/30/25

*Arresting officer's signature*

Chad Gonzales   DUSM
*Printed name and title*