FELICE JOHN VITI, Acting, United States Attorney (#7007)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
BRYAN N. REEVES, Assistant United States Attorney (DC #994799)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

FILED US District Court-UT
OCT 01 '25 PM02:46

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER SOLOMON PROCTOR, Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 844(i), Arson in Interstate Commerce<br><br>Count 2: 26 U.S.C. § 5861(d), Possession of an Unregistered Destructive Device<br><br>Case: 2:25-cr-00362<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 9/30/2025 |
|---|---|

The Grand Jury charges:

## COUNT 1
**18 U.S.C. § 844(i)**
**(Attempted Arson in Interstate Commerce)**

On or about September 12, 2025, in the District of Utah,

CHRISTOPHER SOLOMON PROCTOR,

the defendant herein, did maliciously attempt to damage and destroy, by means of fire and explosive materials, a vehicle used in interstate commerce and in activities affecting interstate commerce, to wit: a news truck for the KSTU Fox 13 television news station;

all in violation of 18 U.S.C. § 844(i).

## COUNT 2
### 26 U.S.C. § 5861(d)
### (Possession of an Unregistered Destructive Device)

On or about September 12, 2025, in the District of Utah,

CHRISTOPHER SOLOMON PROCTOR,

the defendant herein, did knowingly possess a firearm, to wit: a destructive device as defined in 26 U.S.C. § 5845(a) and (f) (incendiary), not registered to him in the National Firearms Registration and Transfer Record; all in violation of 26 U.S.C. §§ 5841, 5845(a) & (f), 5861(d), and 5871.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

_____
MICHAEL J. THORPE
Assistant United States Attorney