SCOTT KEITH WILSON, Federal Public Defender (#7347)
RICHARD G. SORENSON, Assistant Federal Public Defender (#12240)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Mr. Proctor
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOHPER PROCTOR, <br><br> Defendant. | STIPULATED MOTION TO CONTINUE JURY TRIAL <br><br><br> Case No. 2:25-cr-362 RJS <br><br> Judge Robert J. Shelby |

Christopher Proctor, through counsel, moves this Court to continue the five-day jury trial scheduled to begin on December 9, 2025 for at least 120 days. This motion is made in accordance with 18 U.S.C. § 1361, DUCrimR 12-1(h), and *United States v. Toombs*, 574 F.3d 1261 (10th Cir. 2009). Mr. Proctor bases this Motion on the following grounds:

1. Mr. Proctor made his initial appearance on this case before Magistrate Judge Pead on September 29, 2025. The trial was scheduled to begin on December 9, 2025.

2. Mr. Proctor is moving to continue trial pursuant to 18 U.S.C. § 3161(h)(7) (ends of justice) because the ends of justice served by taking such action outweighs the best interest of the public and defendant in a speedy trial. This is the first request to continue trial in this matter.

3. The length of delay requested is at least 120 days from the current scheduled trial date.

4. The delay resulting from the requested continuance is necessary and excludable under the Speedy Trial Act because failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Specifically, defense needs additional time to investigate this matter. Defense counsel has received discovery and continues to investigate circumstances regarding this matter that need to be investigated. Defense counsel has met with Mr. Proctor multiple times and discussed this case with him.

6. Mr. Proctor is currently in custody. He agrees to a continuance and agrees the continuance is necessary and that the defense will not be hindered or prejudiced by the delay.

7. Assistant United States Attorney Michael Thorpe stipulates to the continuance.

8. There are no co-defendants in this case.

In light of the above, the ends of justice are best served by a continuance of the trial date, and the ends of justice outweigh the interest of the public and Mr. Proctor in a speedy trial.

For the reasons set forth herein, Mr. Proctor respectfully requests a continuance of the five-day jury trial set to begin December 9, 2025 for a period of at least 120 days, and requests that the time between that date and the new trial date be excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A). A proposed order is submitted with this motion.

DATED this 4th day of December, 2025.

/s/ Richard G. Sorenson
Richard G. Sorenson
Assistant Federal Public Defender